No. 771. VANCE *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL. January 20, 1947. Peti-

tion for writ of certiorari to the District Court of the United States for the Western District of Missouri denied. Petitioner *pro se*. *Maurice J. O'Sullivan, Louis D. Frohlich* and *Herman Finkelstein* for the American Society of Composers, Authors & Publishers et al., and *Henry Arthur* for the Music Publisher's Protective Association, respondents.